# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1968

———————————————

JIMMIE BARGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

February 20, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jimmie Barge, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.